UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-61312-CIV-DIMITROULEAS

RANDY CONSTANCE,

Plaintiff,

v.

HOLLYBROOK GOLF AND TENNIS CLUB
CONDOMINIUM, INC., a Florida corporation,

Defendant.
_____/

**MEDIATION REPORT**

The undersigned court-appointed mediator reports to the court as follows:

    A. A mediation conference was conducted on <u>August 26, 2020</u>

    B. The mediation conference resulted in the following:
  <u>  X  </u> The matter was settled in full.
  <u>_____</u> The matter did not settle - the parties reached an impasse.
  <u>_____</u> The conference was adjourned and an additional mediation

Attendance: All required parties were in attendance.

Dated: September 1, 2020

                                         By:/s/ *Lori Adelson, Esq.*
                                         Signature of Mediator (FBN: 0196428)
                                         HR Law PRO / HR Law ADR
                                         401 East Las Blvd., Suite 1400
                                         Fort Lauderdale, FL 33301
                                         Phone: (954) 302-8960
                                         Email: Mediator@HRLawADR.com
                                          Secondary Email: Lori@HRLawPRO.com

Copies to: [all ECF parties}